EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRYANT Y. YANG (Cal. Bar No. 252943)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0166
     Facsimile: (213) 894-0141
     E-mail:    bryant.yang@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO BLACKSTONE,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. CV 16-03872-CAS<br>No. CR 99-00257-CAS-4<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF OPPOSITION |
|---|---|

　　　　Respondent United States of America ("Respondent"), by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Bryant Y. Yang, hereby requests leave to file a supplemental brief in support of its Opposition to petitioner ANTONIO BLACKSTONE's ("Petitioner") motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255, filed on June 2, 2016.  The supplemental brief is attached as Exhibit A.

This request is based on the attached declaration as well as the files and records of this case. Petitioner's counsel of record, Deputy Federal Public Defender Brianna Fuller Mircheff, is aware of this request and does not oppose the request.

Dated: September 12, 2016     Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


        /s/
BRYANT Y. YANG
Assistant United States Attorney

Attorneys for Respondent
UNITED STATES OF AMERICA

DECLARATION OF BRYANT Y. YANG

I, Bryant Y. Yang, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the United States of America ("Respondent") in this matter, which includes the filing of this ex parte application.

2. On June 2, 2016, petitioner Antonio Blackstone ("Petitioner") filed a motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255 ("Motion").

3. On September 1, 2016, I was assigned to United States v. Salvador Gonzalez, 15-cr-00504-SJO. A hearing on a motion to suppress was scheduled for September 6, 2016, and trial was set for September 13, 2016. In advance of the hearing on the motion to suppress, the government prepared and subpoenaed three witnesses for the hearing.

4. On September 6, 2016, the government filed a timely Opposition to petitioner's § 2255 Motion in this matter. However, because I was preparing for the hearing on the motion to suppress in United States v. Salvador Gonzalez, 15-cr-00504-SJO, I failed to address one of petitioner's arguments. Although I responded to petitioner's main argument that his conviction for Hobbs Act robbery is not a crime of violence under 18 U.S.C. § 924(c), I did not respond to his argument that Hobbs Act robbery cannot serve as a predicate crime of violence under the Career Offender Guideline. The supplemental brief remedies this omission.

5. On September 12, 2016, I spoke to Deputy Federal Public Defender Brianna Fuller Mircheff, counsel of record for petitioner. She stated that petitioner does not oppose the request for leave to

file a supplemental brief.  She further said that she does not believe petitioner will need additional time to file a reply in support of the § 2255 Motion that addresses the government's arguments in its Opposition and supplemental brief.  In light of her statements, I am not aware of any prejudice from the present request for leave to file a supplemental brief.

    I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Date: September 12, 2016                    _____/s/_____
                                            BRYANT Y. YANG
                                            Assistant United States Attorney

2